■ MARINE BUFFALO ASSOCIATES, L.P., et al., Appellants, et al., Plaintiffs, v TOWN OF AMHERST INDUSTRIAL DEVELOPMENT AGENCY et al., Respondents. (Appeal No. 1.) [670 NYS2d 650] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Glownia, J. (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Dismiss Pleading.) Present—Pine, J. P., Hayes, Wisner, Boehm and Fallon, JJ.